IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02507-BNB

MARK JORDAN,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

```
                    F I L E D
          UNITED STATES DISTRICT COURT
               DENVER, COLORADO

                  JAN - 4 2007

             GREGORY C. LANGHAM
                              CLERK
```

## ORDER DISMISSING CASE

Originally Plaintiff Mark Jordan, a federal prisoner incarcerated at UPS Florence, filed the instant action in the United States District Court for the Eastern District of Pennsylvania (Eastern District of Pennsylvania). The Eastern District of Pennsylvania, on October 24, 2006, granted Defendant's Motion to Transfer Venue and ordered the action transferred to this Court.

On December 26, 2006, Plaintiff filed a Notice of Dismissal in the instant action. In the Notice, Plaintiff requests that the action be dismissed pursuant to Fed. R. Civ. P. 41(a). Accordingly, the Court will dismiss the action.

Fed. R. Civ. P. 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment . . . ." No answer has been filed by Defendant in this action.

Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2$^d$ ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The Notice, therefore, closes the file as of December 26, 2006. **See Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is voluntarily dismissed without prejudice, effective as of December 26, 2006, the date Plaintiff filed the Notice in the action.

DATED at Denver, Colorado, this 3 day of Jan, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02507-BNB

Mark Jordan
Reg. No. 48374-066
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the    **ORDER** to the above-named individuals on 1/4/07

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
Deputy Clerk